IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SCOTT,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 12-5861 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 15th day of August, 2013, upon consideration of the Plaintiff's Request for Review, and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Thomas J. Rueter *(Doc. No. 15)* to which no objections have been made, it is **ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 25(d), Acting Commissioner of the Social Security Administration, Carolyn W. Colvin is substituted as the named Defendant in this action;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Claimant's Request for Review is **GRANTED**; and

4. The matter shall be remanded for further development of the record in accordance with the Report and Recommendation.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*
                                              _____
                                              Paul S. Diamond, J.